UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

NI, YAN YUN, A78-711-587
YANG, TONG XIANG, A23-466-666

                           PlaintiffS,

  - against -                                    Case No. 07cv5810

                                              ECF CASE

ANDREA QUARANTILLO,
New York District Director of the United      COMPLAINT
States Citizenship and Immigration Services;
DEPARTMENT of HOMELAND SECURITY;
and U.S. CITIZENSHIP and
IMMIGRATION SERVICE.

                       Defendants.
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Gardy Maisonneuve, solemly swear under penalty of perjury:

1. I am employed in the office of Bretz and Coven, LLP.

2. On the 26th day of June 2007, I served copies of the within

## COMPLAINT AND SUMMONS IN A CIVIL ACTION

by **Federal Express Overnight Service** to:

Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Andrea Quarantillo
New York District Director of the U.S.
Citizenship and Immigration Services
26 Federal Plaza, 11th Floor
New York, NY 10278

Office of the General Counsel
Department of Homeland Security
Washington, DC 20528

U.S. Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Fl
New York, NY 10007


Dated:      New York, New York
            June 26, 2007

By: _____
    Gardy Maisonneuve