UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
Yan Yun Ni et al.,

                Plaintiffs,                **ECF CASE**

   v.

                                          07 Civ. 5810 (MGC)

ANDREA QUARANTILLO, et al.,

                Defendants.           NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         July 24, 2007

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                By:    /s/_____
                                                 SHANE P. CARGO
                                                 Assistant United States Attorney
                                                 86 Chambers Street, 3rd Floor
                                                 New York, New York 10007
                                                 Telephone: (212) 637-2711
                                                 Facsimile: (212) 637-2786
                                                 Email: shane.cargo@usdoj.gov

TO:    Matthew L. Guadagno, Esq.
         Bretz & Coven, LLP
         305 Broadway, Suite 100
         New York, NY 10007