UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NI, YAN YUN, A#78-711-587, and
YANG, TONG XIANG, A#23-466-666

                  Plaintiffs

      -against-

ANDREA QUARANTILLO,
New York District Director of the
United States Citizenship and
Immigration Services; DEPARTMENT
of HOMELAND SECURITY; and U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES;

                  Defendants.

----------------------------------------------------------X

STIPULATION AND
ORDER OF DISMISSAL

No. 07cv5810 (MGC)

(Cedarbaum, M)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

COPY RECEIVED
DEC 7 2007
U.S. ATTORNEY'S SDNY

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
December 7, 2007

Attorney for Plaintiffs

MATTHEW L. GUADAGNO
Bretz & Coven, LLP
305 Broadway, Suite 100
New York, New York 10007
Telephone Number: (212) 267-2555

Dated: New York, New York
December 7, 2007

Attorney for the Defendants

MICHAEL J. GARCIA
United States Attorney for
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone Number: (212) 637-2711

SHANE CARGO

SO ORDERED:

Dated: New York, New York
December 11, 2007

SO ORDERED:

_____
U.S.D.J.